## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

Kevin Minley, #203987

      Plaintiff,

v.

Pierce, et al.

      Defendants.

Case No: 2:19-cv-00153
District Judge: Paul L. Maloney
Magistrate Judge: Maarten Vermaat

---

MICHIGAN STATE UNIVERSITY COLLEGE OF LAW
Daniel Manville (P39731)
Attorney for Plaintiff
610 Abbot Rd.
East Lansing, MI 48823
(517) 432-6866
daniel.manville@law.msu.com

CHAPMAN LAW GROUP
Wedad Suleiman (P81970)
Attorney for Defendant Corizon Health, Inc.;
Keith Papendick, M.D.; and Patricia Schmidt, D.O.
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
wsuleiman@chapmanlawgroup.com

---

## EXHIBIT D TO DEFENDANTS CORIZON HEALTH, INC., KEITH PAPENDICK, M.D., AND PATRICIA SCHMIDT, D.O.'S MOTION FOR SUMMARY JUDGMENT

**From:**    Schmidt, Patricia (MDOC)
**To:**        Pierce, Carolyn (MDOC)
**Subject:**  RE: Appeal for Minley 203987
**Date:**     Monday, July 30, 2018 3:48:32 PM

I will do the best of my ability to request appeal and see if it goes through

---

**From:** Pierce, Carolyn (MDOC)
**Sent:** Monday, July 30, 2018 1:34 PM
**To:** Schmidt, Patricia (MDOC)
**Cc:** Pierce, Carolyn (MDOC)
**Subject:** FW: Appeal for Minley 203987

Dr. Schmidt,

Attached are the last couple of visits with Grand Traverse Ophthalmology Clinic.  F/U 407 was ATP'd.  Dr. McManus clearly states that he feels the cortical cataract is interfering with the outcome of field testing.  As stated in the body of the most recent 407 submitted " cortical cataract on right is making it more difficulty to get accurate field in management of POAG OD.  Dr. McManus is a glaucoma specialist.  States that patient is good candidate for phaco/MIGS.   Hopefully, you are able to get this through.  Let me know.

Thank you!

Carolyn Pierce, O.D.

---

**From:** Haapala, Heather K. (MDOC)
**Sent:** Monday, July 30, 2018 1:28 PM
**To:** Pierce, Carolyn (MDOC)
**Subject:** Minley

Here you go!

Heather Haapala, RHIA
Chippewa Correctional Facility
906-495-2275  x1112172726

| | |
|---|---|
| **From:** | Pierce, Carolyn (MDOC) |
| **To:** | Schmidt, Patricia (MDOC) |
| **Cc:** | Pierce, Carolyn (MDOC) |
| **Subject:** | FW: Appeal for Minley 203987 |
| **Date:** | Monday, July 30, 2018 1:34:10 PM |
| **Attachments:** | SCAN3034.pdf |

Dr. Schmidt,

Attached are the last couple of visits with Grand Traverse Ophthalmology Clinic.  F/U 407 was ATP'd. Dr. McManus clearly states that he feels the cortical cataract is interfering with the outcome of field testing.  As stated in the body of the most recent 407 submitted " cortical cataract on right is making it more difficulty to get accurate field in management of POAG OD.  Dr. McManus is a glaucoma specialist.  States that patient is good candidate for phaco/MIGS.   Hopefully, you are able to get this through.  Let me know.

Thank you!

Carolyn Pierce, O.D.

---

**From:** Haapala, Heather K. (MDOC)
**Sent:** Monday, July 30, 2018 1:28 PM
**To:** Pierce, Carolyn (MDOC)
**Subject:** Minley

Here you go!

Heather Haapala, RHIA

Chippewa Correctional Facility

906-495-2275  x1112172726

| | |
|---|---|
| **From:** | Schmidt, Patricia (MDOC) |
| **To:** | Pierce, Carolyn (MDOC) |
| **Subject:** | RE: Appeal for Minley 203987 |
| **Date:** | Thursday, August 2, 2018 9:08:25 AM |

Dr Pierce,
I can truly appreciate the concern present, and yet in reviewing your alternate treatment plan for medical necessity  the driving for for cataract surgery is BCBVA  and in all notes this value is 20/20, until there is more significant change on exam, and readings, the criteria for surgery at this time is not met.  If I send for appeal, I will just be sending the same things you sent and the review committee will decline the appeal and up hold the ATP.

Please continue to monitor as you are already doing at this time.

Thanks much.
Patricia Schmidt, DO

**From:** Pierce, Carolyn (MDOC)
**Sent:** Monday, July 30, 2018 1:34 PM
**To:** Schmidt, Patricia (MDOC)
**Cc:** Pierce, Carolyn (MDOC)
**Subject:** FW: Appeal for Minley 203987

Dr. Schmidt,

Attached are the last couple of visits with Grand Traverse Ophthalmology Clinic.  F/U 407 was ATP'd.  Dr. McManus clearly states that he feels the cortical cataract is interfering with the outcome of field testing.  As stated in the body of the most recent 407 submitted " cortical cataract on right is making it more difficulty to get accurate field in management of POAG OD.  Dr. McManus is a glaucoma specialist.  States that patient is good candidate for phaco/MIGS.   Hopefully, you are able to get this through.  Let me know.

Thank you!

Carolyn Pierce, O.D.

**From:** Haapala, Heather K. (MDOC)
**Sent:** Monday, July 30, 2018 1:28 PM
**To:** Pierce, Carolyn (MDOC)
**Subject:** Minley

Here you go!


Heather Haapala, RHIA
Chippewa Correctional Facility
906-495-2275  x1112172726