**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN**

Kevin Minley, #203987

    Plaintiff,

v.

Pierce, et al.

    Defendants.

Case No: 2:19-cv-00153
District Judge: Paul L. Maloney
Magistrate Judge: Maarten Vermaat

| MICHIGAN STATE UNIVERSITY COLLEGE OF LAW | CHAPMAN LAW GROUP |
|---|---|
| Daniel Manville (P39731) | Wedad Suleiman (P81970) |
| Attorney for Plaintiff | Attorney for Defendant Corizon Health, Inc.; Keith Papendick, M.D.; and Patricia Schmidt, D.O. |
| 610 Abbot Rd. | 1441 West Long Lake Rd., Suite 310 |
| East Lansing, MI 48823 | Troy, MI 48098 |
| (517) 432-6866 | (248) 644-6326 |
| daniel.manville@law.msu.com | wsuleiman@chapmanlawgroup.com |

**EXHIBIT E TO DEFENDANTS CORIZON HEALTH, INC., KEITH PAPENDICK, M.D., AND PATRICIA SCHMIDT, D.O.'S MOTION FOR SUMMARY JUDGMENT**

```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF MICHIGAN
                         NORTHERN DIVISION

   KEVIN MINLEY #203987,

         Plaintiff,

   v                                    File No. 2:19-cv-153

                                        HON. PAUL L. MALONEY
   SUE HOWARD, et. al,                  MAG. MAARTEN VERMAAT

         Defendants.
                                   /

       VIDEO CONFERENCE DEPOSITION OF KEITH L. PAPENDICK, M.D.

       Taken by the Plaintiff on the 24th day of August, 2021, via

       Zoom, at 1:00 p.m.



   APPEARANCES:

   For the Plaintiff:      MR. DANIEL E. MANVILLE (P39731)
                           Michigan State University College of Law
                           648 North Shaw Lane, Room 216D
                           East Lansing, Michigan 48824
                           (248) 890-4720


   For Dr. Papendick:      MS. WEDAD SULEIMAN (P81970)
                           Chapman Law Group
                           1441 West Long Lake Road, Suite 310
                           Troy, Michigan 48098
                           (248) 644-6326




   RECORDED BY:            Eric R. Johnston, CER 9267
                           Certified Electronic Recorder
                           Network Reporting Corporation
                           Firm Registration Number 8151
                           1-800-632-2720

                              Page 1
```



```
 1              TABLE OF CONTENTS
 2                                     PAGE
 3
       Examination by Mr. Manville . . . . . . . . . . . . . . . .3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                     Page 2
```

```
 1      assume with your approval that if you -- if I ask you a
 2      question and you answer if, then you understood it; is that
 3      agreeable?
 4   A  Yes.
 5   Q  And during your deposition, if you need a break, let me
 6      know, and you just got to finish answering whatever question
 7      that's up there and we can take that break; agreeable?
 8   A  Yes.
 9   Q  All right.  Where are you presently employed?
10   A  Quality Correctional -- Correctional Care of Michigan, PC.
11   Q  So that is different than Corizon; would I be --
12   A  Corizon.
13   Q  Oh, I'm sorry?
14   A  No, it's the same as Corizon.
15   Q  It's the same as Corizon?
16   A  In the State of Michigan, a physician cannot work for a
17      corporation.  They have to work for a PC.
18   Q  Okay.  So ever since you've been working for Corizon, you've
19      also been working for this PC?
20   A  Correct.
21   Q  And -- I'm sorry.  It's Correctional what?
22   A  Care of Michigan, PC.
23   Q  All right.  Correctional.  And who is in charge of that; do
24      you know?
25   A  I need to know what you mean by "who is in charge"?
                     Page 4
```

```
 1              Via Zoom Video Conference
 2              Tuesday, August 24, 2021 - 12:55 p.m.
 3         REPORTER:  Do you solemnly swear or affirm that
 4   the testimony you're about to give will be the whole truth?
 5         DR. PAPENDICK:  Yes.
 6              KEITH L. PAPENDICK, M.D.
 7       having been called by the Plaintiff and sworn:
 8                     EXAMINATION
 9   BY MR. MANVILLE:
10   Q  Doctor, will you state your full name for the record,
11      spelling only your last name?
12   A  Keith L. Papendick, P-a-p-e-n-d-i-c-k.
13   Q  I assume you've had you your deposition done before?
14   A  Yes.
15   Q  When was the most recent?  I don't need the exact date,
16      but --
17   A  Yesterday.
18   Q  Yesterday?  All right.  Cuts back on how many rules I got to
19      go over then.  Only a couple of rules.  And one, as you
20      know, and as also probably been told, let me finish my
21      question before you answer, and I'll let you finish your
22      question before I go onto the -- I mean your answer before I
23      go on to the next question.  And if I ask you a question
24      that you don't understand, that is compound or whatever, let
25      me know and I will rephrase the question.  I'm going to
                     Page 3
```

```
 1   Q  Usually there is a president and CEO or something of, you
 2      know, most organizations.  And there's usually even a PC or
 3      there's somebody that is like the chair or something.  So
 4      that's what I'm getting at.  Do you understand my question?
 5   A  Yes, I do.  It would be Patricia Schmidt.
 6   Q  And that's the other Defendant in this case?
 7   A  Yes.
 8   Q  So when you hired -- when you hired in there, was Patricia
 9      Schmidt then still the head of it?
10   A  She was not as the PC CEO, no.
11   Q  And how long have you been part of this Correction Care of
12      Michigan roughly?  Roughly.  I don't need the date; like the
13      month and -- I don't need the day.  I need the month and
14      year if you can give it to me.
15   A  June of 2012.
16   Q  Prior to the June of 2012, where did you work -- immediately
17      prior?
18   A  I was employed by Ascension Health, Borgess Medical Center.
19      They purchased all the assets of my practice of 25 years.
20   Q  So you were in private practice for 25 years.  Was that in
21      the State of Michigan?
22   A  Yes.
23   Q  Where at?
24   A  Galesburg, Michigan.
25   Q  Hillsburg (pronouncing)?  And what type of practice did you
                     Page 5
```



Case 2:19-cv-00153-JMB-MV    ECF No. 105-6,  PageID.660    Filed 09/30/21    Page 4 of 15

KEVIN MINLEY, #203987 v. SUE HOWARD, ET AL                DEPOSITION OF KEITH L. PAPENDICK, M.D.

**Page 6**

1 have?
2 A Family practice.
3 Q I'm sorry. Say that again.
4 A Family practice.
5 Q Oh, family. Did you specialize in any area?
6 A Family practice was what my Board Certification was.
7 Q All right. But you -- beyond being family practice, you
8     didn't specialize in some area like infectious disease,
9     ophthalmology, something else like that?
10 A Can't do that as a family practitioner.
11 Q And when did you get your medical degree, and where from?
12 A 1990, Wayne State University, Detroit, Michigan.
13 Q Yup. So if you got your degree in 1990 and you told me that
14    you had been in private practice for 25 years, that would
15    take us to 2015; right?
16 A Well, I want in -- I had residency for three years. I got
17    out of that in '93. They bought the practice in 2011, and I
18    got out of it in 2012. So it's not 25.
19 Q All right. So it's not an exact 25 years?
20 A No, I've been in medicine for over 25.
21 Q And have you been working consistently for Correction Care
22    of Michigan since 2012?
23 A Yes.
24 Q And in what capacity -- what capacities?
25 A Beginning in 2012 I was a hospitalist at Duane Waters Health

**Page 7**

1     Center in Jackson. I was hired in 2013 and took over the
2     regional Michigan office for the Corizon utilization
3     management in 2014.
4 Q And when you say -- I think you said a hospitalist. What
5     were your duties as a hospitalist?
6 A Take care of the patients who were more acute that could be
7     taken care of in the prison setting.
8 Q Did you receive any special training for that?
9 A Just my general practice.
10 Q So when you started for this Correctional Care of Michigan,
11    they did not send you to any trainings?
12 A No. I was taking care of all my hospital patients prior to
13    that for the duration of my stay in Galesburg. So I had
14    already had the experience for hospital care.
15 Q But in private practice you were not assigned to the
16    hospital, and you did not work out of the hospital; true?
17 A I was not assigned to the hospital. I had privileges at the
18    hospital, and I saw patients at the hospital.
19 Q Right.
20 A I think the most I ever had in was 18.
21 Q 18 patients at one time?
22 A Correct.
23 Q And since you brought it up, then what were those 18
24    patients in there for roughly? I don't need their names.
25 A There's no -- I can't tell you that. It's everything from

**Page 8**

1     post-op surgical to diabetes to just general practice.
2 Q You did not do surgery at that hospital, did you?
3 A Not at the hospital.
4 Q Did you do surgery any place?
5 A I did surgery in my office.
6 Q And that was in-patient?
7 A That was outpatient.
8 Q Outpatient. I'm sorry. Outpatient. And that was for minor
9     issues; right?
10 A Yeah, lumps and bumps.
11 Q And what training before you started for Correction Care of
12    Michigan did you have in the treatment in the area of
13    ophthalmology?
14 A I had a rotation in ophthalmology in residency, which would
15    have been 1990- -- late -2 -- 1992, early 1993.
16 Q All right. And what did that consist of?
17 A Working on a daily basis with an ophthalmologist.
18 Q Did you get any type of certificate or anything saying that
19    you were qualified as an ophthalmologist?
20 A No.
21 Q Did you get anything out of that besides just doing the
22    internship?
23 A Well, it was the residency. It was part of the residency
24    program.
25 Q But -- residency. And was that at Wayne State?

**Page 9**

1 A No.
2 Q Where was that at?
3 A Hamot Medical Center in Erie, Pennsylvania.
4 Q But besides for that residency, what other training did you
5     receive in ophthalmology?
6 A None; on the job.
7 Q Did you do testing for eye issues in your office?
8 A Surface.
9 Q So if -- when you would say you did "surface," then for
10    anything that you thought was a concern, you would refer it
11    out to an ophthalmologist; true?
12 A Absolutely.
13 Q And you relied on what the ophthalmologist's report said?
14 A It depended on whether I agreed with it or not.
15 Q And if you did not agree with it, did you -- would you send
16    your patient to another ophthalmologist?
17 A I would talk to my patient and find out what he -- they were
18    told. And it may mean a second opinion, but I don't recall
19    if I ever made one.
20 Q How big is Hillsborough (sic) roughly, population-wise?
21 A How big is what?
22 Q The city that you had your practice in?
23 A Galesburg.
24 Q Hillsburg (sic), all right.
25 A I had a practice in Galesburg, a practice in Augusta, which

3 (Pages 6 to 9)



Case 2:19-cv-00153-JMB-MV   ECF No. 105-6,  PageID.661   Filed 09/30/21   Page 5 of 15

KEVIN MINLEY, #203987 v. SUE HOWARD, ET AL            DEPOSITION OF KEITH L. PAPENDICK, M.D.

### Page 10

1     is -- I don't know the population frankly.
2 Q Can you tell me how big the hospital was patient-wise --
3     bed-wise; I'm sorry?
4 A I want to say it was 350.
5 Q I'm not going to hold you to it.  I just wanted a rough
6     estimate.
7 A When I first started there were two hospitals.  They then
8     combined them to one and added a second.
9 Q So during your time in private practice, did you attend
10    seminars or any type of further training in the area of
11    ophthalmology?
12 A No.
13 Q Since starting at Correction Care of Michigan in 2012, I
14    think you said, have you received training or gone to
15    seminars in the area of ophthalmology?
16 A No.
17 Q Are you holding yourself out as having any type of specialty
18    in the area of ophthalmology?
19 A No.
20 Q In the area of private practice, were you ever disciplined
21    as to your medical practice?
22 A No.
23 Q Were you ever -- were you ever investigated for disciplinary
24    action?
25 A No.

### Page 11

1 Q Since being with Correction Care of Michigan, have you ever
2    been disciplined in the area of medicine?
3 A No.
4 Q Have you ever been investigated in the area of medicine?
5 A Once.
6 Q And what is that for?
7 A That was because a prisoner decided that he couldn't sue me
8    for not allowing him to have two hearing aids, and so he
9    went to the medical board and put in a complaint.
10 Q And when was that?  What year?
11 A I don't recall.
12 Q All right.
13 A It had to be after 2014.  The investigator came out and
14    dropped the case.
15 Q Correction Care of Michigan, is there an office that you
16    work out of?
17 A No, I work from home now.
18 Q You say "now," but prior to now, prior to COVID-19, where
19    was your office?
20 A I've been working at home since 2017.  The office that I
21    worked in from 2014 to 2017 is in Lansing, Michigan.
22 Q All right.  What title do you have with -- what titles have
23    you had with Correction Care?
24 A Physician and utilization management coordinator and
25    utilization management medical director.

### Page 12

1 Q I would assume that utilization management came first before
2    the director; would that be accurate?
3 A In 2017 we centralized unitization management out of the
4    main office in Brentwood, Tennessee.  And that's when they
5    changed the title.
6 Q Explain to me -- I'm interested in the 2000- -- late
7    2017-2018 how the utilization management office worked in
8    dealing with prisoners.
9 A It was very similar to prior to that, but we get requests
10    from providers at the site.  And we review them and decide
11    whether there is a reason to do what they had requested to
12    do or not.
13 Q Sorry.  Is some form that you use called the "Consultation
14    Form" or known as the 407?
15 A Yes.  It's known as a 407 from when it was on paper --
16 Q Correct.
17 A -- years ago.  And so they just continued to call it a 407.
18 Q All right.  That was my understanding.  So I just wanted to
19    get that correct.  All right.  And now everything is
20    submitted by computer, you say?
21 A That's correct.
22 Q And when did that start?
23 A That was occurring before I started in 2014.
24 Q And tell me the process that the provider would go through
25    to request that -- well, let me step back.  Anything that

### Page 13

1     can be -- that can be done in house within the MDOC medical
2     decision, do they have to come to you to get approval?
3 A No.
4 Q It is only when outside services are involved; is that
5     accurate?
6 A Yes.
7 Q In sitting here, it has to -- what's saying, "Yes"?
8 A This could take me an hour.
9 Q All right.  Give me a short version.
10 A Anything that needs to have a transportation by the Michigan
11    Department of Corrections also has to have an approved
12    request for consult for procedure.  So it's actually
13    their -- part of it is to make sure that they have
14    transportation to get to the surgeon, for example.
15 Q Right.  But transportation would not be set up if you defer
16    it or you say, "No"; right?
17 A Correct.
18 Q Okay.  So transportation -- would you agree? -- is the
19    second step in a process that they have to submit it to
20    utilization people for approval, then if it's approved, then
21    it goes to transportation to arrange the date, time, et
22    cetera?
23 A It goes to an outpatient coordinator at the site, then to an
24    MDOC employee who makes the appointment and schedules the
25    transportation.



Case 2:19-cv-00153-JMB-MV   ECF No. 105-6,  PageID.662   Filed 09/30/21   Page 6 of 15

KEVIN MINLEY, #203987 v. SUE HOWARD, ET AL                         DEPOSITION OF KEITH L. PAPENDICK, M.D.

Page 14

1  Q   But as to going to utilization people, you know, what does
2      the local medical provider have to provide to the
3      utilization people to get approval for an inmate to receive
4      some type of outside care?
5  A   The training to the providers is that they are to supply
6      anything that I would need to make a decision to do what I
7      have to do -- or to make the decision in the situation.
8  Q   And as to the utilization, per one of the people there, do
9      you have access to the MDOC medical records on file -- on
10     electronic file?  Sorry.
11 A   We don't -- no, I don't do those.  I don't look at those at
12     all.  They are not -- there are three people who do State of
13     Michigan 407's.
14 Q   All right.
15 A   Because there are so many that I would be buried.
16 Q   Right.  But I'm saying, do you have access to those files if
17     you felt that you had to look at something?
18 A   No, I request it as I need more information.
19 Q   Okay.  So from what I heard you just say is that -- I asked
20     you whether you had access to it, and you tell me that
21     you -- if you needed more information, you would request it.
22     What I'm wondering about is that if you actually
23     had -- could have access to it if you wanted to, or are you
24     prohibited from having access to it, the medical records of
25     an inmate, directly and electronically?

Page 15

1  A   I'm not supposed to deal -- I'm not supposed to be in the
2      record by my boss who is in Brentwood, Tennessee.  And there
3      are two other people who are working in Michigan, one in
4      Florida, and one in Georgia.  And they don't have access to
5      the medical records.  So we can't count on people putting
6      things in the medical record that we need to see.
7  Q   You said two other people in Michigan.
8  A   Are working in Michigan.  They work on the Michigan --
9  Q   MDOC.
10 A   -- Michigan papers.
11 Q   You're talking about MDOC medical requests?
12 A   Correct.  They work from -- one of them -- one of them does
13     a quarter, and another one does a quarter.
14 Q   And who are those people?
15 A   Dr. Dorsey, D-o-r-s-e-y, and Dr. Stacy, S-t-a-c-y.
16 Q   And I'm familiar with the name Patricia Schmidt, and I
17     thought she was one of the utilization people, or is she
18     only the director?
19 A   She's the CMO for the Corizon office in Michigan, chief
20     medical officer.
21 Q   Okay.  So she does not do utilization?
22 A   That's not a fair statement.  She does do utilization, but
23     she does it on the appeal side.
24 Q   Okay.  Glad you told me that now.  Think we're going to
25     eventually get to that, but -- all right.  And you mentioned

Page 16

1      Florida and Georgia.  Are they involved in the Michigan, you
2      know, 407's?
3  A   The corporate utilization management handles all the
4      utilization -- or all of the 407's in Michigan.  And a
5      portion of those are done -- are looked at and decided on by
6      these two other physicians because there's so many that I
7      couldn't do it alone.
8  Q   All right.  What training did you receive as to the
9      processing of 407's?
10 A   I learned how to do them from the previous utilization
11     management coordinator in the State of Michigan regional
12     medical office.
13 Q   And who was that, if you remember?
14 A   I don't remember.
15 Q   I know --
16 A   I should, but I don't.
17 Q   Like I know time has passed, you know.
18 A   Yeah.
19 Q   But I got to ask because you might remember.  So you have
20     never received any formal training as to the processing of
21     407's?
22 A   Just how they are processed.
23 Q   Okay.  By the person that used to be there before you?
24 A   Correct.
25 Q   All right.  And when you get a 407, what do you rely on in

Page 17

1      deciding whether it should be approved or not?  Is there
2      like, you know, a computer program?  Is there a medical
3      book?
4  A   UpToDate and the National Cancer Coalition something.  NCCN,
5      it's called.
6  Q   I'm sorry.  NC- ---
7  A   NCCN.  The cancer -- the same thing that UpToDate does but
8      for cancer only.
9  Q   Oh, okay.  Are they two different things?
10 A   Yes.
11 Q   So UpToDate is the name of one of them?
12 A   Correct.
13 Q   And then this NCCN is the name of another one?
14 A   Correct.
15 Q   And what do they have on their program that you rely on?
16 A   They have recommendations from specialists about what should
17     be done.
18 Q   So in the area of ophthalmology in dealing with Mr. Minley,
19     what would you have got -- did -- well, let me step back.
20     Is it -- am I right that you initially evaluated and denied
21     the request for surgery for him?
22 A   I don't deny.
23 Q   Okay.  You said "No" as for the consultant re- -- you know,
24     outside referral, or you deferred it; right?
25 A   I deferred it for an alternative treatment plan.

5 (Pages 14 to 17)



**Page 18**

1  Q  And what was that alternative plan?
2     MS. SULEIMAN: Dan, can I show him a copy of the
3     407 at issue?
4     MR. MANVILLE: Yeah, if he doesn't remember.
5     MS. SULEIMAN: Do you --
6  A  Well, I don't remember what I wrote.
7  Q  Okay. No, I'm just wondering. I don't know.
8  A  I did 70 of these yesterday and a deposition.
9  Q  Right.
10 A  So I can't tell you what I wrote on this individual.
11 Q  Right. But I assumed you had looked at them this morning
12    before this deposition, so I didn't know whether that
13    refreshed your memory.
14 A  I did not look at them this morning.
15 Q  Okay. Then I have no problems with you looking at them.
16 A  It says, "Alternative treatment plan. Medical necessity not
17    demonstrated at this time. His BCBVA is 20/20."
18 Q  But -- so alternative treatment to me like, you know, that
19    instead of doing A, you should try B. And what I heard you
20    just read to me doesn't say -- and it says, you know, us
21    doing what you're recommending, "You should try something.
22    You should try this"?
23 A  Sometimes there is nothing to try.
24 Q  Okay. So in this case, was there nothing to try?
25 A  Yeah, he met -- did not meet criteria.

**Page 19**

1  Q  Right. For the surgery. But you just told me, you know,
2     it's an alternative treatment. So I'm wondering what the
3     alternative treatment was supposed to have been if -- you
4     know, if he can't have the surgery.
5  A  That's a verbiage that's used on every one of these if it's
6     not going to be approved, or an NMI, which is a Needs More
7     Information form.
8  Q  Because, would you -- do you remember why he was referred to
9     you?
10 A  It says here, "For combined cataracts evaluation OD with
11    phaco MIGS.
12 Q  And what does that mean to you?
13 A  That means he wants surgery for his cataract surgery. And a
14    phaco MIG is a procedure used for glaucoma.
15 Q  Right. Because if -- do you remember that the provider and
16    the outside ophthalmologist was saying that, "Hey, he needs
17    to have the cataracts removed so that we can do an accurate
18    evaluation of glaucoma so that we can treat that"? Do you
19    remember that being what they were requesting?
20 A  **I don't have that in this 407. We authorize cataracts if**
21    **their visual acuity is worse than 20/60. And we authorize**
22    **surgery for glaucoma if they are on four drops that aren't**
23    **controlling his glaucoma.**
24 Q  But this request was for the cataract removal and not for
25    the glaucoma; right?

**Page 20**

1  A  No. It was for cataracts and phaco MIGS, which is the
2     glaucoma surgery.
3  Q  Okay. So they're making one request to do the cataract and
4     do the glaucoma at the same time; would that be accurate?
5  A  That's what they're asking for.
6  Q  Okay.
7  A  The reason -- oh, never mind.
8  Q  In the discovery responses that I got, it says that the
9     BCBVA is a factor in assessing whether a patient is a
10    candidate for an SLT surgery. What is BCBVA?
11 A  It is not a -- has nothing to do with a SLT surgery.
12 Q  Well, I got it in a response in the discovery request, so
13    that's why I'm asking.
14 A  No. That's not quite accurate, but it's got to do with
15    a -- a SLT is a treatment.
16 Q  Right.
17 A  Okay. It has nothing to do with phaco MIGS and nothing to
18    do with cataracts at all. But to answer your question, a
19    BCBVA is best corrected bilateral visual acuity.
20 Q  **And is -- but it is a -- all right. In determining whether**
21    **he should have gotten cataract surgery and the MIG thing, is**
22    **the BCBVA a factor?**
23 A  **The cataract surgery, the BCBVA was a factor.**
24 Q  When you say "a factor," I take that to mean that that was
25    the primary and only factor; would that be accurate?

**Page 21**

1  A  I wouldn't say "only," but it is certainly a primary factor.
2  Q  And when you -- and what are the other factors?
3  A  Well, there are other reasons to do cataracts, but he didn't
4     meet those.
5  Q  But in this case, what were the other factors that you
6     looked at besides the BCBVA?
7  A  For the cataract?
8  Q  Well, if anything at -- you know, their request for -- on a
9     407, you said was a dual request. So I'm asking you in that
10    supp- -- what besides the BCBVA -- what else was considered
11    by you in deferring?
12 A  This is a case where a procedure was requested that was not
13    necessary, which is the cataract evaluation.
14 Q  Okay.
15 A  And with -- with visual acuities that are very normal, they
16    can see the posterior segment of the eye, which is one of
17    the other reasons to do cataracts.
18 Q  If you remember, did you have the documents from the outside
19    ophthalmologist in deciding whether to approve this or not?
20 A  I do not remember. I have a comment here from an offsite
21    ophthalmologist. And that's all I had.
22 Q  And when is --
23 A  And this -- these 407's are to be all-inclusive of what I
24    need.
25 Q  And what does that comment say?

6 (Pages 18 to 21)



Case 2:19-cv-00153-JMB-MV    ECF No. 105-6,  PageID.664    Filed 09/30/21    Page 8 of 15

KEVIN MINLEY, #203987 v. SUE HOWARD, ET AL                    DEPOSITION OF KEITH L. PAPENDICK, M.D.

**Page 22**

1  A  The comment was that, "GTOC," which is Grand Traverse
2     Ophthalmology C- -- I don't know what that is -- "recommends
3     cataract evaluation- -- is a good -- and is" -- hyphen,
4     "good candidate for phaco MIGS."
5  Q  And that was provided by the medical provider from the MDOC;
6     right?
7  A  Correct.  It's in the 407.
8  Q  And what, if anything, was wrong with that recommendation?
9  A  He didn't meet criteria for cataracts.
10 Q  And you're saying because his vision was what?
11 A  20/20.
12 Q  Do you know whether people with 20/20 can have cataracts?
13 A  Yes.
14 Q  Can people with 20/20 have glaucoma?
15 A  Yes.
16 Q  Does that mean that they should not have the cataracts
17    removed?
18 A  Okay.  There are criteria that I have to meet to have
19    cataracts removed.
20 Q  Right.
21 A  And that is -- well, now they are a little different, but
22    the BCBVA had to be 170 or better -- or worse, 20/70 or
23    worse.
24 Q  All right.  And where do you get that information from that
25    you're relying on?

**Page 23**

1  A  Federal Bureau of Prisons Criteria.
2  Q  Because earlier you never mentioned the BOP as one -- you
3     know, as one of the things that you would look at.  You
4     mentioned UpToDate and the NCCN.
5  A  Correct.
6  Q  So in making this decision, did you rely on two of them,
7     three of them, of just the BOP?
8           MS. SULEIMAN:  Object to form.  You can answer.
9  A  We have criteria for all four of the utilization management
10    directors so that we are all doing the same thing.  The FBOP
11    says 20/60 or worse, and so that's what we use.
12 Q  So you did not look at the UpToDate or the NCCN in deciding
13    to defer this?
14 A  That's correct.  I understood that question as a general
15    question, not specific to this case.
16 Q  Well, it was general at first, but -- okay.  So I got more
17    specific.  Okay.  So BOP is the only thing that you relied
18    on?
19 A  The Federal of Bureau of Prisons, that's the criteria.
20 Q  Right.  And, you know, we talked a little bit about the SLT
21    surgery.  What is an SLT surgery?
22 A  It's a laser treatment for the retina, Selective Laser
23    Trabeculoplasty.
24 Q  All right.  Is it used in the treating of cataract?
25 A  No.

**Page 24**

1  Q  Glaucoma?
2  A  Probably not.
3  Q  Let me take you back to the procedure for the 407.  When the
4     407 is submitted, they're supposed to attach supporting
5     documentation; right?
6  A  It's supposed to be in this (indicating), and if I ask for
7     more information, it will be attached.
8  Q  Oh, okay.  I thought that they had the option when they
9     submitted it to attach stuff automatically.
10 A  No, they did not.
11 Q  So once -- so the only thing you had when you reviewed Mr.
12    Minley's 407 was what was contained on that document?
13 A  Correct, unless I needed more information.
14 Q  Right.  And in this case, did you request more information?
15 A  It doesn't look like it.
16 Q  Does it say on there that he has 20/20 vision?
17 A  Yes, it does.
18 Q  Okay.
19 A  It says 20/20 in the left and 20/20 in the right.
20 Q  All right.
21 A  And bilateral -- excuse me.  Yeah.  "Bilaterally corrected
22    visual acuity," meaning they tested both eyes at the same
23    time, was 20/20.
24 Q  So the 407 comes to you, you make the -- you make a
25    decision.  Then do you -- does it automatically go back to

**Page 25**

1     the provider?
2  A  Yes.
3  Q  And then if the provider disagrees with you, what can they
4     do, and how do they do it?
5  A  They can appeal.
6  Q  And how do they do that?
7  A  They contacted -- they would be contacting their regional
8     medical director.
9  Q  You're talking about the MDOC regional medical director, or
10    Corizon?
11 A  No, it's just all Corizon.
12 Q  At one time I think they had both in MDOC, a regional
13    medical director, and a Corizon one.
14 A  They have a different name for them, but they do have people
15    that are involved -- that are involved.
16 Q  So what's the new name for the MDOC regional medical
17    director?  Sorry, but --
18 A  It's not -- it's not new.  It's ACMO.
19 Q  ACMO?
20 A  Assistant Chief Medical Officer.
21 Q  Okay.  Within MDOC whenever an A is used, it usually means
22    "acting," so that's why.
23 A  Well, there was a time that the ACMO assistant became
24    acting.
25 Q  All right.  So MDO- -- then, if you know, what part does the



Case 2:19-cv-00153-JMB-MV  ECF No. 105-6, PageID.665  Filed 09/30/21  Page 9 of 15

KEVIN MINLEY, #203987 v. SUE HOWARD, ET AL                DEPOSITION OF KEITH L. PAPENDICK, M.D.

### Page 26

```
 1    assistant -- the ACMO plays in a 407 appeal?  Well, let me
 2    step -- let me rephrase the question.  What -- that ACMO,
 3    what part do they play in an original 407 decision?
 4  A None.
 5  Q All right.  As to the appeal process, what participant --
 6    participation do they play in the ACMO?
 7  A The --
 8  Q I'm not talking --
 9  A -- however I would say -- would be the end of the decision.
10    The --
11  Q Were you -- I'm sorry.  What?
12  A It would be the final.  There are many steps between RMD and
13    ACMO.
14  Q And can you tell me the steps?
15  A Absolutely.  The -- if the RMD agrees with the UMD -- or the
16    UMMD, then he notifies the provider that he is not going to
17    appeal it.  If the provider subsequently still wants to
18    appeal it, they would appeal it to the state medical
19    director.
20  Q So it seems there's two different appeals available?
21  A There's more than two.
22  Q More than two?  Okay.  The medical provider can go to the
23    Corizon person --
24  A Correct.
25  Q -- or RMD; right?
```

### Page 27

```
 1  A Correct.
 2  Q And if it's denied there, then they can appeal to who?
 3  A We don't deny.
 4  Q Okay.  You defer?
 5  A They would appeal to the state medical director -- Corizon
 6    state medical director.
 7  Q Okay.  There seems to be --
 8  A In fact --
 9  Q -- two medical directors.
10  A No.  There's a regional.
11  Q Right.
12  A And then there's one state medical director over all the
13    regions.
14  Q For Corizon?
15  A Correct.  This is all Corizon.  Corizon's appeal process has
16    to be exhausted before the MDOC will ever look at it.
17  Q Okay.  Then say the Corizon person upholds the initial 407
18    deferral -- I got it right this time?
19  A Yes; yeah, you got that right.
20  Q Okay.  Then what's next step in the appeal process?
21  A If the state medical connectors -- "medical connectors."  If
22    the state medical director does not wish to appeal, the
23    provider can then appeal to the MSAC, which is an MDOC
24    committee, Medical Services something Committee.
25  Q I've dealt with them before.
```

### Page 28

```
 1  A Advisory Committee, yeah.  And then that's when the ACMO
 2    would make the decision.  And that would be the ACMO or
 3    MDOC.
 4  Q And that person is usually in charge of the MSAC; that's my
 5    understanding?
 6  A I've never been to an MSAC meeting, so I don't know what
 7    their role is.
 8  Q And is there overall an MDOC chief medical officer?
 9  A Yes.
10  Q Okay.  Now, we have a lawsuit against a former Stein.  He
11    was chief officer MDOC?
12  A Mr. Stein?
13  Q Right.  I think he's in Arkansas now.
14  A I know him.
15  Q Yeah, I would assume.  He was there.  All right.  And you're
16    right, there is more than two.  If you know -- all right.
17    So the inmate, as to the appeal process, has no
18    participation; would that be accurate?
19  A And I don't have any participation.
20  Q Right.  No.  Well, you made a decision, but it's impacting
21    on the inmate?
22  A Correct.
23  Q So as far as you --
24  A There is a portion -- there is a portion of the appeals
25    process that I haven't been able to tell you about.
```

### Page 29

```
 1  Q All right.  And what is that?
 2  A At the RMD level, the appeal then goes into a program and is
 3    sent out to two other physicians in the corporations, and
 4    those two other people and the RMD make a decision.
 5    And where --
 6  Q When you --
 7  A And where the RMD may say, "I want to overturn that ATP,"
 8    and the other two physicians may say, "Don't," that, "We
 9    agree with it," or any of those.
10  Q Can you tell me what appeal process Mr. Minley went through?
11  A He didn't.  I don't think he ever did appeal.
12  Q Okay.
13  A I mean, the provider didn't appeal.  He didn't appeal.
14  Q No, the medical provider appealed at least one level.
15  A I wouldn't know that.  I don't -- I'm not involved
16    with those appeals.
17  Q Okay.
18  A I'm involved with other people's appeals.
19  Q Right.
20  A And that UMMD doesn't know that they are being appealed.  So
21    the UMMD, I never know that somebody is appealing my
22    decision.
23  Q Okay.  All right.  I didn't know.  That's why I got to ask
24    you all these questions.
25  A That's fine.  I don't have any paperwork that says he ever
```



Case 2:19-cv-00153-JMB-MV   ECF No. 105-6, PageID.666   Filed 09/30/21   Page 10 of 15

KEVIN MINLEY, #203987 v. SUE HOWARD, ET AL                    DEPOSITION OF KEITH L. PAPENDICK, M.D.

**Page 30**

1      appealed, so I assumed he didn't -- that the provider did
2      not.
3  Q  Yeah. It's my understanding that he appealed one level and
4      your decision was upheld. So that's why -- okay.
5  A  Because we all work with the same visual acuities for
6      cataracts.
7  Q  Were you aware that Mr. Minley was prescribed Zocoff
8      (pronouncing) eyedrops?
9  A  Cosopt?
10 Q  Yeah, Cosopt. Sorry.
11 A  It's in the record.
12 Q  All right. And that it was a nationwide shortage, and he
13     was provided other eye drops, and that they stopped them in
14     a couple days because he was, you know, subjected to pain,
15     and that he said that his vision was harmed because of that?
16     Were you aware of that?
17 A  I would have had nothing to do with that.
18 Q  Okay. But I'm just --
19 A  I'm involved with day-to-day care.
20 Q  All right. But I just didn't know whether as part of the
21     process you became aware of it.
22 A  No.
23 Q  So would it be true that as to your evaluation of the 407 on
24     Mr. Minley, that you had never requested additional
25     information?

**Page 31**

1  A  There's nothing on these two 407's that indicate that.
2  Q  For the record, can you tell me what
3      P-O-A-G- -- space -- O-U stands for?
4  A  O-U is both eyes; P-O-A-G -- P-O-A --
5  Q  -G.
6  A  -G is glaucoma.
7  Q  All right. Were you aware -- well, from what you're saying,
8      you were not aware that he had been diagnosed with severe
9      glaucoma?
10 A  Severe glaucoma?
11 Q  Right.
12 A  It was treated effectively.
13 Q  Prior to you getting a request for the surgery, the 407?
14 A  Which surgery? You're talking about --
15 Q  The 407. You only got one for him; right?
16 A  I have one that I approved.
17 Q  Right.
18 A  You mean the combined cataract evaluation OD with phaco MIG?
19 Q  Right.
20 A  No, I did not have that.
21 Q  So you don't -- when you say that it was treated, what do
22     you mean by -- how do you know that it was treated?
23 A  I have a list on the 407.
24 Q  On the one that you --
25 A  Of medication that he takes.

**Page 32**

1  Q  Okay. Based upon the medication?
2  A  I've seen a lot worse.
3  Q  Does that mean that just because you've seen a lot worse,
4      you don't treat somebody because they aren't -- doesn't meet
5      your standard of "a lot worse"?
6  A  That's not what I said.
7  Q  All right. It seems that's what you're implying.
8  A  No.
9      MS. SULEIMAN: Object to form.
10 A  We have criteria for everything. To get glaucoma surgery,
11     you have to be uncontrolled on five -- or four drops, called
12     "maximal therapy."
13 Q  In your deferral, did you rely on the Medical Service
14     Advisory Committee guidelines?
15 A  No.
16     MR. MANVILLE: I have no other questions.
17     MS. SULEIMAN: I have no questions.
18     (Deposition concluded at 1:51 p.m.)
19     -0-0-0-

Case 2:19-cv-00153-JMB-MV   ECF No. 105-6, PageID.667   Filed 09/30/21   Page 11 of 15

KEVIN MINLEY, #203987 v. SUE HOWARD, ET AL          DEPOSITION OF KEITH L. PAPENDICK, M.D.

### A
**able** 28:25
**Absolutely** 9:12 26:15
**access** 14:9,16,20,23 14:24 15:4
**accurate** 12:2 13:5 19:17 20:4,14,25 28:18
**ACMO** 25:18,19,23 26:1,2,6,13 28:1,2
**acting** 25:22,24
**action** 10:24
**acuities** 21:15 30:5
**acuity** 19:21 20:19 24:22
**acute** 7:6
**added** 10:8
**additional** 30:24
**Advisory** 28:1 32:14
**affirm** 3:3
**ago** 12:17
**agree** 9:15 13:18 29:9
**agreeable** 4:3,7
**agreed** 9:14
**agrees** 26:15
**aids** 11:8
**al** 1:6
**all-inclusive** 21:23
**allowing** 11:8
**alternative** 17:25 18:1,16,18 19:2,3
**answer** 3:21,22 4:2 20:18 23:8
**answering** 4:6
**appeal** 15:23 25:5 26:1,5,17,18,18 27:2,5,15,20,22 27:23 28:17 29:2 29:10,11,13,13
**appealed** 29:14,20 30:1,3
**appealing** 29:21
**appeals** 26:20 28:24 29:16,18
**APPEARANCES** 1:13
**appointment** 13:24
**approval** 4:1 13:2 13:20 14:3
**approve** 21:19

**approved** 13:11,20 17:1 19:6 31:16
**area** 6:5,8 8:12 10:10,15,18,20 11:2,4 17:18
**Arkansas** 28:13
**arrange** 13:21
**Ascension** 5:18
**asked** 14:19
**asking** 20:5,13 21:9
**assessing** 20:9
**assets** 5:19
**assigned** 7:15,17
**assistant** 25:20,23 26:1
**assume** 3:13 4:1 12:1 28:15
**assumed** 18:11 30:1
**ATP** 29:7
**attach** 24:4,9
**attached** 24:7
**attend** 10:9
**August** 1:10 3:2
**Augusta** 9:25
**authorize** 19:20,21
**automatically** 24:9 24:25
**available** 26:20
**aware** 30:7,16,21 31:7,8

### B
**B** 18:19
**back** 3:18 12:25 17:19 24:3,25
**Based** 32:1
**basis** 8:17
**BCBVA** 18:17 20:9 20:10,19,22,23 21:6,10 22:22
**bed-wise** 10:3
**Beginning** 6:25
**best** 20:19
**better** 22:22
**beyond** 6:7
**big** 9:20,21 10:2
**bilateral** 20:19 24:21
**Bilaterally** 24:21
**bit** 23:20
**board** 6:6 11:9
**book** 17:3
**BOP** 23:2,7,17

**Borgess** 5:18
**boss** 15:2
**bought** 6:17
**break** 4:5,7
**Brentwood** 12:4 15:2
**brought** 7:23
**bumps** 8:10
**Bureau** 23:1,19
**buried** 14:15

### C
**C-** 22:2
**call** 12:17
**called** 3:7 12:13 17:5 32:11
**cancer** 17:4,7,8
**candidate** 20:10 22:4
**capacities** 6:24
**capacity** 6:24
**care** 4:10,22 5:11 6:21 7:6,7,10,12 7:14 8:11 10:13 11:1,15,23 14:4 30:19
**case** 5:6 11:14 18:24 21:5,12 23:15 24:14
**cataract** 19:13,24 20:3,21,23 21:7 21:13 22:3 23:24 31:18
**cataracts** 19:10,17 19:20 20:1,18 21:3,17 22:9,12 22:16,19 30:6
**Center** 5:18 7:1 9:3
**centralized** 12:3
**CEO** 5:1,10
**CER** 1:23
**certainly** 21:1
**certificate** 8:18
**Certification** 6:6
**Certified** 1:23
**cetera** 13:22
**chair** 5:3
**changed** 12:5
**Chapman** 1:18
**charge** 4:23,25 28:4
**chief** 15:19 25:20 28:8,11
**city** 9:22

**CMO** 15:19
**Coalition** 17:4
**College** 1:15
**combined** 10:8 19:10 31:18
**come** 13:2
**comes** 24:24
**comment** 21:20,25 22:1
**committee** 27:24,24 28:1 32:14
**complaint** 11:9
**compound** 3:24
**computer** 12:20 17:2
**concern** 9:10
**concluded** 32:18
**Conference** 1:9 3:1
**connectors** 27:21,21
**considered** 21:10
**consist** 8:16
**consistently** 6:21
**consult** 13:12
**consultant** 17:23
**Consultation** 12:13
**contacted** 25:7
**contacting** 25:7
**contained** 24:12
**CONTENTS** 2:1
**continued** 12:17
**controlling** 19:23
**coordinator** 11:24 13:23 16:11
**copy** 18:2
**Corizon** 4:11,12,14 4:15,18 7:2 15:19 25:10,11,13 26:23 27:5,14,15,17
**Corizon's** 27:15
**corporate** 16:3
**corporation** 1:24 4:17
**corporations** 29:3
**correct** 4:20 7:22 12:16,19,21 13:17 15:12 16:24 17:12 17:14 22:7 23:5 23:14 24:13 26:24 27:1,15 28:22
**corrected** 20:19 24:21
**Correction** 5:11 6:21 8:11 10:13

11:1,15,23
**Correctional** 4:10 4:10,21,23 7:10
**Corrections** 13:11
**Cosopt** 30:9,10
**count** 15:5
**couple** 3:19 30:14
**COURT** 1:1
**COVID-19** 11:18
**criteria** 18:25 22:9 22:18 23:1,9,19 32:10
**Cuts** 3:18

### D
**D-o-r-s-e-y** 15:15
**daily** 8:17
**Dan** 18:2
**DANIEL** 1:14
**date** 3:15 5:12 13:21
**day** 1:10 5:13
**day-to-day** 30:19
**days** 30:14
**deal** 15:1
**dealing** 12:8 17:18
**dealt** 27:25
**decide** 12:10
**decided** 11:7 16:5
**deciding** 17:1 21:19 23:12
**decision** 13:2 14:6,7 23:6 24:25 26:3,9 28:2,20 29:4,22 30:4
**Defendant** 5:6
**Defendants** 1:7
**defer** 13:15 23:13 27:4
**deferral** 27:18 32:13
**deferred** 17:24,25
**deferring** 21:11
**degree** 6:11,13
**demonstrated** 18:17
**denied** 17:20 27:2
**deny** 17:22 27:3
**Department** 13:11
**depended** 9:14
**deposition** 1:9 3:13 4:5 18:8,12 32:18
**determining** 20:20
**Detroit** 6:12
**diabetes** 8:1
**diagnosed** 31:8

Case 2:19-cv-00153-JMB-MV   ECF No. 105-6, PageID.668   Filed 09/30/21   Page 12 of 15

KEVIN MINLEY, #203987 v. SUE HOWARD, ET AL          DEPOSITION OF KEITH L. PAPENDICK, M.D.

**different** 4:11 17:9 22:21 25:14 26:20
**directly** 14:25
**director** 11:25 12:2 15:18 25:8,9,13 25:17 26:19 27:5 27:6,12,22
**directors** 23:10 27:9
**disagrees** 25:3
**disciplinary** 10:23
**disciplined** 10:20 11:2
**discovery** 20:8,12
**disease** 6:8
**DISTRICT** 1:1,1
**DIVISION** 1:2
**Doctor** 3:10
**document** 24:12
**documentation** 24:5
**documents** 21:18
**doing** 8:21 18:19,21 23:10
**Dorsey** 15:15
**Dr** 1:18 3:5 15:15 15:15
**dropped** 11:14
**drops** 19:22 30:13 32:11
**dual** 21:9
**Duane** 6:25
**duration** 7:13
**duties** 7:5

**E**

**E** 1:14
**earlier** 23:2
**early** 8:15
**East** 1:16
**effectively** 31:12
**electronic** 1:23 14:10
**electronically** 14:25
**employed** 4:9 5:18
**employee** 13:24
**Eric** 1:23
**Erie** 9:3
**estimate** 10:6
**et** 1:6 13:21
**evaluated** 17:20
**evaluation** 19:10,18 21:13 30:23 31:18
**evaluation-** 22:3
**eventually** 15:25

**exact** 3:15 6:19
**Examination** 2:3 3:8
**example** 13:14
**excuse** 24:21
**exhausted** 27:16
**experience** 7:14
**Explain** 12:6
**eye** 9:7 21:16 30:13
**eyedrops** 30:8
**eyes** 24:22 31:4

**F**

**fact** 27:8
**factor** 20:9,22,23,24 20:25 21:1
**factors** 21:2,5
**fair** 15:22
**familiar** 15:16
**family** 6:2,4,5,6,7,10
**far** 28:23
**FBOP** 23:10
**Federal** 23:1,19
**felt** 14:17
**file** 1:5 14:9,10
**files** 14:16
**final** 26:12
**find** 9:17
**fine** 29:25
**finish** 3:20,21 4:6
**Firm** 1:24
**first** 10:7 12:1 23:16
**five** 32:11
**Florida** 15:4 16:1
**form** 12:13,14 19:7 23:8 32:9
**formal** 16:20
**former** 28:10
**four** 19:22 23:9 32:11
**frankly** 10:1
**full** 3:10
**further** 10:10

**G**

**G** 31:5,6
**Galesburg** 5:24 7:13 9:23,25
**general** 7:9 8:1 23:14,16
**Georgia** 15:4 16:1
**getting** 5:4 31:13
**give** 3:4 5:14 13:9

**Glad** 15:24
**glaucoma** 19:14,18 19:22,23,25 20:2 20:4 22:14 24:1 31:6,9,10 32:10
**go** 3:19,22,23 12:24 24:25 26:22
**goes** 13:21,23 29:2
**going** 3:25 10:5 14:1 15:24 19:6 26:16
**good** 22:3,4
**gotten** 20:21
**Grand** 22:1
**Group** 1:18
**GTOC** 22:1
**guidelines** 32:14

**H**

**Hamot** 9:3
**handles** 16:3
**harmed** 30:15
**head** 5:9
**Health** 5:18 6:25
**heard** 14:19 18:19
**hearing** 11:8
**Hey** 19:16
**Hillsborough** 9:20
**Hillsburg** 5:25 9:24
**hired** 5:8,8 7:1
**hold** 10:5
**holding** 10:17
**home** 11:17,20
**HON** 1:6
**hospital** 7:12,14,16 7:16,17,18,18 8:2 8:3 10:2
**hospitalist** 6:25 7:4 7:5
**hospitals** 10:7
**hour** 13:8
**house** 13:1
**HOWARD** 1:6
**hyphen** 22:3

**I**

**immediately** 5:16
**impacting** 28:20
**implying** 32:7
**in-patient** 8:6
**indicate** 31:1
**indicating** 24:6
**individual** 18:10
**infectious** 6:8

**information** 14:18 14:21 19:7 22:24 24:7,13,14 30:25
**initial** 27:17
**initially** 17:20
**inmate** 14:3,25 28:17,21
**interested** 12:6
**internship** 8:22
**investigated** 10:23 11:4
**investigator** 11:13
**involved** 13:4 16:1 25:15,15 29:15,18 30:19
**issue** 18:3
**issues** 8:9 9:7

**J**

**Jackson** 7:1
**job** 9:6
**Johnston** 1:23
**June** 5:15,16

**K**

**Keith** 1:9 3:6,12
**KEVIN** 1:3
**know** 3:20,25 4:6,24 4:25 5:2 10:1 14:1 16:2,15,17,17 17:2,23 18:7,12 18:18,20 19:1,4 21:8 22:2,12 23:3 23:20 25:25 28:6 28:14,16 29:15,20 29:21,23 30:14,20 31:22
**known** 12:14,15

**L**

**L** 1:6,9 3:6,12
**Lake** 1:19
**Lane** 1:15
**Lansing** 1:16 11:21
**laser** 23:22,22
**late** 8:15 12:6
**Law** 1:15,18
**lawsuit** 28:10
**learned** 16:10
**left** 24:19
**level** 29:2,14 30:3
**list** 31:23
**little** 22:21 23:20

**local** 14:2
**long** 1:19 5:11
**look** 14:11,17 18:14 23:3,12 24:15 27:16
**looked** 16:5 18:11 21:6
**looking** 18:15
**lot** 32:2,3,5
**lumps** 8:10

**M**

**M.D** 1:9 3:6
**MAARTEN** 1:6
**MAG** 1:6
**main** 12:4
**making** 20:3 23:6
**MALONEY** 1:6
**management** 7:3 11:24,25 12:1,3,7 16:3,11 23:9
**Manville** 1:14 2:3 3:9 18:4 32:16
**maximal** 32:12
**MDO-** 25:25
**MDOC** 13:1,24 14:9 15:9,11 22:5 25:9,12,16,21 27:16,23 28:3,8 28:11
**mean** 3:22 4:25 9:18 19:12 20:24 22:16 29:13 31:18,22 32:3
**meaning** 24:22
**means** 19:13 25:21
**medical** 5:18 6:11 9:3 10:21 11:9,25 13:1 14:2,9,24 15:5,6,11,20 16:12 17:2 18:16 22:5 25:8,9,13,16 25:20 26:18,22 27:5,6,9,12,21,21 27:22,24 28:8 29:14 32:13
**medication** 31:25 32:1
**medicine** 6:20 11:2 11:4
**meet** 18:25 21:4 22:9,18 32:4
**meeting** 28:6

Case 2:19-cv-00153-JMB-MV ECF No. 105-6, PageID.669 Filed 09/30/21 Page 13 of 15

KEVIN MINLEY, #203987 v. SUE HOWARD, ET AL    DEPOSITION OF KEITH L. PAPENDICK, M.D.

**memory** 18:13
**mentioned** 15:25
  23:2,4
**met** 18:25
**Michigan** 1:1,15,16
  1:19 4:10,16,22
  5:12,21,24 6:12
  6:22 7:2,10 8:12
  10:13 11:1,15,21
  13:10 14:13 15:3
  15:7,8,8,10,19
  16:1,4,11
**MIG** 19:14 20:21
  31:18
**MIGS** 19:11 20:1
  20:17 22:4
**mind** 20:7
**Minley** 1:3 17:18
  29:10 30:7,24
**Minley's** 24:12
**minor** 8:8
**month** 5:13,13
**morning** 18:11,14
**MSAC** 27:23 28:4,6

**N**
**name** 3:10,11 15:16
  17:11,13 25:14,16
**names** 7:24
**National** 17:4
**nationwide** 30:12
**NC-** 17:6
**NCCN** 17:4,7,13
  23:4,12
**necessary** 21:13
**necessity** 18:16
**need** 3:15 4:5,25
  5:12,13,13 7:24
  14:6,18 15:6
  21:24
**needed** 14:21 24:13
**needs** 13:10 19:6,16
**Network** 1:24
**never** 16:20 20:7
  23:2 28:6 29:21
  30:24
**new** 25:16,18
**NMI** 19:6
**normal** 21:15
**North** 1:15
**NORTHERN** 1:2
**notifies** 26:16
**Number** 1:24

**O**
**O-U** 31:3,4
**Object** 23:8 32:9
**occurring** 12:23
**OD** 19:10 31:18
**office** 7:2 8:5 9:7
  11:15,19,20 12:4
  12:7 15:19 16:12
**officer** 15:20 25:20
  28:8,11
**offsite** 21:20
**oh** 4:13 6:5 17:9
  20:7 24:8
**okay** 4:18 13:18
  14:19 15:21,24
  16:23 17:9,23
  18:7,15,24 20:3,6
  20:17 21:14 22:18
  23:16,17 24:8,18
  25:21 26:22 27:4
  27:7,17,20 28:10
  29:12,17,23 30:4
  30:18 32:1
**once** 11:5 24:11
**ophthalmologist**
  8:17,19 9:11,16
  19:16 21:19,21
**ophthalmologist's**
  9:13
**ophthalmology** 6:9
  8:13,14 9:5 10:11
  10:15,18 17:18
  22:2
**opinion** 9:18
**option** 24:8
**organizations** 5:2
**original** 26:3
**outpatient** 8:7,8,8
  13:23
**outside** 13:4 14:4
  17:24 19:16 21:18
**overall** 28:8
**overturn** 29:7

**P**
**P-a-p-e-n-d-i-c-k**
  3:12
**P-O-A** 31:4
**P-O-A-G** 31:4
**P-O-A-G-** 31:3
**p.m** 1:11 3:2 32:18
**P39731** 1:14

**P81970** 1:18
**PAGE** 2:2
**pain** 30:14
**Papendick** 1:9,18
  3:5,6,12
**paper** 12:15
**papers** 15:10
**paperwork** 29:25
**part** 5:11 8:23 13:13
  25:25 26:3 30:20
**participant** 26:5
**participation** 26:6
  28:18,19
**passed** 16:17
**patient** 9:16,17 20:9
**patient-wise** 10:2
**patients** 7:6,12,18
  7:21,24
**Patricia** 5:5,8 15:16
**PAUL** 1:6
**PC** 4:10,17,19,22
  5:2,10
**Pennsylvania** 9:3
**people** 13:20 14:1,3
  14:8,12 15:3,5,7
  15:14,17 22:12,14
  25:14 29:4
**people's** 29:18
**person** 16:23 26:23
  27:17 28:4
**phaco** 19:11,14 20:1
  20:17 22:4 31:18
**physician** 4:16
  11:24
**physicians** 16:6
  29:3,8
**place** 8:4
**Plaintiff** 1:4,10,14
  3:7
**plan** 17:25 18:1,16
**play** 26:3,6
**plays** 26:1
**population** 10:1
**population-wise**
  9:20
**portion** 16:5 28:24
  28:24
**post-op** 8:1
**posterior** 21:16
**practice** 5:19,20,25
  6:2,4,6,7,14,17
  7:9,15 8:1 9:22,25
  9:25 10:9,20,21

**practitioner** 6:10
**prescribed** 30:7
**presently** 4:9
**president** 5:1
**previous** 16:10
**primary** 20:25 21:1
**prior** 5:16,17 7:12
  11:18,18 12:9
  31:13
**prison** 7:7
**prisoner** 11:7
**prisoners** 12:8
**Prisons** 23:1,19
**private** 5:20 6:14
  7:15 10:9,20
**privileges** 7:17
**probably** 3:20 24:2
**problems** 18:15
**procedure** 13:12
  19:14 21:12 24:3
**process** 12:24 13:19
  26:5 27:15,20
  28:17,25 29:10
  30:21
**processed** 16:22
**processing** 16:9,20
**program** 8:24 17:2
  17:15 29:2
**prohibited** 14:24
**pronouncing** 5:25
  30:8
**provide** 14:2
**provided** 22:5 30:13
**provider** 12:24 14:2
  19:15 22:5 25:1,3
  26:16,17,22 27:23
  29:13,14 30:1
**providers** 12:10
  14:5
**purchased** 5:19
**put** 11:9
**putting** 15:5

**Q**
**qualified** 8:19
**Quality** 4:10
**quarter** 15:13,13
**question** 3:21,22,23
  3:23,25 4:2,6 5:4
  20:18 23:14,15
  26:2
**questions** 29:24
  32:16,17

**quite** 20:14

**R**
**R** 1:23
**re-** 17:23
**read** 18:20
**reason** 12:11 20:7
**reasons** 21:3,17
**recall** 9:18 11:11
**receive** 7:8 9:5 14:3
  16:8
**received** 10:14
  16:20
**recommendation**
  22:8
**recommendations**
  17:16
**recommending**
  18:21
**recommends** 22:2
**record** 3:10 15:2,6
  30:11 31:2
**RECORDED** 1:23
**Recorder** 1:23
**records** 14:9,24
  15:5
**refer** 9:10
**referral** 17:24
**referred** 19:8
**refreshed** 18:13
**regional** 7:2 16:11
  25:7,9,12,16
  27:10
**regions** 27:13
**Registration** 1:24
**relied** 9:13 23:17
**rely** 16:25 17:15
  23:6 32:13
**relying** 22:25
**remember** 16:13,14
  16:19 18:4,6 19:8
  19:15,19 21:18,20
**removal** 19:24
**removed** 19:17
  22:17,19
**rephrase** 3:25 26:2
**report** 9:13
**REPORTER** 3:3
**Reporting** 1:24
**request** 12:25 13:12
  14:18,21 17:21
  19:24 20:3,12
  21:8,9 24:14

31:13
**requested** 12:11 21:12 30:24
**requesting** 19:19
**requests** 12:9 15:11
**residency** 6:16 8:14 8:23,23,25 9:4
**response** 20:12
**responses** 20:8
**retina** 23:22
**review** 12:10
**reviewed** 24:11
**right** 3:18 4:9,23 6:7 6:15,19 7:19 8:9 8:16 9:24 11:12 11:22 12:18,19 13:9,15,16 14:14 14:16 15:25 16:8 16:25 17:20,24 18:9,11 19:1,15 19:25 20:16,20 22:6,20,24 23:20 23:24 24:5,14,19 24:20 25:25 26:5 26:25 27:11,18,19 28:13,15,16,16,20 29:1,19,23 30:12 30:20 31:7,11,15 31:17,19 32:7
**RMD** 26:12,15,25 29:2,4,7
**Road** 1:19
**role** 28:7
**Room** 1:15
**rotation** 8:14
**rough** 10:5
**roughly** 5:12,12 7:24 9:20
**rules** 3:18,19

———— S ————
**S-t-a-c-y** 15:15
**saw** 7:18
**saying** 8:18 13:7 14:16 19:16 22:10 31:7
**says** 18:16,20 19:10 20:8 23:11 24:19 29:25
**schedules** 13:24
**Schmidt** 5:5,9 15:16
**second** 9:18 10:8 13:19

**see** 15:6 21:16
**seen** 32:2,3
**segment** 21:16
**Selective** 23:22
**seminars** 10:10,15
**send** 7:11 9:15
**sent** 29:3
**Service** 32:13
**services** 13:4 27:24
**set** 13:15
**setting** 7:7
**severe** 31:8,10
**Shaw** 1:15
**short** 13:9
**shortage** 30:12
**show** 18:2
**sic** 9:20,24
**side** 15:23
**similar** 12:9
**site** 12:10 13:23
**sitting** 13:7
**situation** 14:7
**SLT** 20:10,11,15 23:20,21
**solemnly** 3:3
**somebody** 5:3 29:21 32:4
**sorry** 4:13,21 6:3 8:8 10:3 12:13 14:10 17:6 25:17 26:11 30:10
**space** 31:3
**special** 7:8
**specialists** 17:16
**specialize** 6:5,8
**specialty** 10:17
**specific** 23:15,17
**spelling** 3:11
**Stacy** 15:15
**standard** 32:5
**stands** 31:3
**start** 12:22
**started** 7:10 8:11 10:7 12:23
**starting** 10:13
**state** 1:15 3:10 4:16 5:21 6:12 8:25 14:12 16:11 26:18 27:5,6,12,21,22
**statement** 15:22
**STATES** 1:1
**stay** 7:13
**Stein** 28:10,12

**step** 12:25 13:19 17:19 26:2 27:20
**steps** 26:12,14
**stopped** 30:13
**stuff** 24:9
**subjected** 30:14
**submit** 13:19
**submitted** 12:20 24:4,9
**subsequently** 26:17
**sue** 1:6 11:7
**Suite** 1:19
**SULEIMAN** 1:18 18:2,5 23:8 32:9 32:17
**supp-** 21:10
**supply** 14:5
**supporting** 24:4
**supposed** 15:1,1 19:3 24:4,6
**sure** 13:13
**surface** 9:8,9
**surgeon** 13:14
**surgery** 8:2,4,5 17:21 19:1,4,13 19:13,22 20:2,10 20:11,21,23 23:21 23:21 31:13,14 32:10
**surgical** 8:1
**swear** 3:3
**sworn** 3:7

———— T ————
**TABLE** 2:1
**take** 4:7 6:15 7:6 13:8 20:24 24:3
**taken** 1:10 7:7
**takes** 31:25
**talk** 9:17
**talked** 23:20
**talking** 15:11 25:9 26:8 31:14
**tell** 7:25 10:2 12:24 14:20 18:10 26:14 28:25 29:10 31:2
**Tennessee** 12:4 15:2
**tested** 24:22
**testimony** 3:4
**testing** 9:7
**therapy** 32:12
**thing** 17:7 20:21 23:10,17 24:11

**things** 15:6 17:9 23:3
**think** 7:4,20 10:14 15:24 25:12 28:13 29:11
**thought** 9:10 15:17 24:8
**three** 6:16 14:12 23:7
**time** 7:21 10:9 13:21 16:17 18:17 20:4 24:23 25:12,23 27:18
**title** 11:22 12:5
**titles** 11:22
**told** 3:20 6:13 9:18 15:24 19:1
**Trabeculoplasty** 23:23
**training** 7:8 8:11 9:4 10:10,14 14:5 16:8,20
**trainings** 7:11
**transportation** 13:10,14,15,18,21 13:25
**Traverse** 22:1
**treat** 19:18 32:4
**treated** 31:12,21,22
**treating** 23:24
**treatment** 8:12 17:25 18:16,18 19:2,3 20:15 23:22
**Troy** 1:19
**true** 7:16 9:11 30:23
**truth** 3:4
**try** 18:19,21,22,23 18:24
**Tuesday** 3:2
**two** 10:7 11:8 15:3,7 16:6 17:9 23:6 26:20,21,22 27:9 28:16 29:3,4,8 31:1
**type** 5:25 8:18 10:10 10:17 14:4

———— U ————
**UMD** 26:15
**UMMD** 26:16 29:20 29:21
**uncontrolled** 32:11

**understand** 3:24 5:4
**understanding** 12:18 28:5 30:3
**understood** 4:2 23:14
**UNITED** 1:1
**unitization** 12:3
**University** 1:15 6:12
**upheld** 30:4
**upholds** 27:17
**UpToDate** 17:4,7,11 23:4,12
**use** 12:13 23:11
**usually** 5:1,2 25:21 28:4
**utilization** 7:2 11:24 11:25 12:1,7 13:20 14:1,3,8 15:17,21,22 16:3 16:4,10 23:9

———— V ————
**v** 1:5
**verbiage** 19:5
**VERMAAT** 1:6
**version** 13:9
**Video** 1:9 3:1
**vision** 22:10 24:16 30:15
**visual** 19:21 20:19 21:15 24:22 30:5

———— W ————
**want** 6:16 10:4 29:7
**wanted** 10:5 12:18 14:23
**wants** 19:13 26:17
**Waters** 6:25
**Wayne** 6:12 8:25
**we're** 15:24
**WEDAD** 1:18
**went** 11:9 29:10
**West** 1:19
**WESTERN** 1:1
**wish** 27:22
**wondering** 14:22 18:7 19:2
**work** 4:16,17 5:16 7:16 11:16,17 15:8,12 30:5
**worked** 11:21 12:7
**working** 4:18,19

Case 2:19-cv-00153-JMB-MV   ECF No. 105-6, PageID.671   Filed 09/30/21   Page 15 of 15

KEVIN MINLEY, #203987 v. SUE HOWARD, ET AL          DEPOSITION OF KEITH L. PAPENDICK, M.D.

| | |
|---|---|
| 6:21 8:17 11:20 15:3,8 | **2000-** 12:6 |
| **worse** 19:21 22:22 22:23 23:11 32:2 32:3,5 | **2011** 6:17 |
| | **2012** 5:15,16 6:18 6:22,25 10:13 |
| | **2013** 7:1 |
| **wouldn't** 21:1 29:15 | **2014** 7:3 11:13,21 12:23 |
| **wrong** 22:8 | **2015** 6:15 |
| **wrote** 18:6,10 | **2017** 11:20,21 12:3 |
| **X** | **2017-2018** 12:7 |
| | **2021** 1:10 3:2 |
| **Y** | **203987** 1:3 |
| **yeah** 8:10 16:18 18:4,25 24:21 27:19 28:1,15 30:3,10 | **216D** 1:15 |
| | **24** 3:2 |
| | **248** 1:16,20 |
| | **24th** 1:10 |
| **year** 5:14 11:10 | **25** 5:19,20 6:14,18 6:19,20 |
| **years** 5:19,20 6:14 6:16,19 12:17 | |
| **yesterday** 3:17,18 18:8 | **3** |
| | **3** 2:3 |
| **you're** 3:4 | **310** 1:19 |
| **Yup** 6:13 | **350** 10:4 |
| **Z** | **4** |
| **Zocoff** 30:7 | **407** 12:14,15,17 16:25 18:3 19:20 21:9 22:7 24:3,4 24:12,24 26:1,3 27:17 30:23 31:13 31:15,23 |
| **Zoom** 1:11 3:1 | |
| **0** | |
| **0-0-0-** 32:19 | |
| **1** | **407's** 14:13 16:2,4,9 16:21 21:23 31:1 |
| **1-800-632-2720** 1:25 | **48098** 1:19 |
| **1:00** 1:11 | **48824** 1:16 |
| **1:51** 32:18 | **5** |
| **12:55** 3:2 | |
| **1441** 1:19 | **6** |
| **170** 22:22 | **644-6326** 1:20 |
| **18** 7:20,21,23 | **648** 1:15 |
| **1990** 6:12,13 | |
| **1990-** 8:15 | **7** |
| **1992** 8:15 | **70** 18:8 |
| **1993** 8:15 | |
| **2** | **8** |
| **2** 8:15 | **8151** 1:24 |
| **2:19-cv-153** 1:5 | **890-4720** 1:16 |
| **20/20** 18:17 22:11 22:12,14 24:16,19 24:19,23 | **9** |
| | **9267** 1:23 |
| **20/60** 19:21 23:11 | **93** 6:17 |
| **20/70** 22:22 | |