**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

Kevin Minley, #203987

    Plaintiff,

v.

Pierce, et al.

    Defendants.

Case No: 2:19-cv-00153
District Judge: Paul L. Maloney
Magistrate Judge: Maarten Vermaat

| MICHIGAN STATE UNIVERSITY COLLEGE OF LAW | CHAPMAN LAW GROUP |
|---|---|
| Daniel Manville (P39731) | Wedad Suleiman (P81970) |
| Attorney for Plaintiff | Attorney for Defendant Corizon Health, Inc.; Keith Papendick, M.D.; and Patricia Schmidt, D.O. |
| 610 Abbot Rd. | 1441 West Long Lake Rd., Suite 310 |
| East Lansing, MI 48823 | Troy, MI 48098 |
| (517) 432-6866 | (248) 644-6326 |
| daniel.manville@law.msu.com | wsuleiman@chapmanlawgroup.com |

**EXHIBIT H TO DEFENDANTS CORIZON HEALTH, INC., KEITH PAPENDICK, M.D., AND PATRICIA SCHMIDT, D.O.'S MOTION FOR SUMMARY JUDGMENT**

**Kelli Farrar**

**Subject:** FW: Concurrence MSJ - Minley

---

**From:** Manville, Daniel <manvilld@law.msu.edu>
**Sent:** Tuesday, September 28, 2021 8:16 PM
**To:** Wedad Suleiman <wsuleiman@chapmanlawgroup.com>
**Subject:** Re: Concurrence MSJ - Minley

I cannot concur.  File it and I will then talk to my client as to its merit.

Daniel E. Manville
Clinical Professor of Law
Director, Civil Rights Clinic
P.O. Box 1570
648 North Shawn Lane, Rm. 215
East Lansing, Michigan 48824
517-432-6866 (direct)
daniel.manville@law.msu.edu

---

**From:** Wedad Suleiman <wsuleiman@chapmanlawgroup.com>
**Sent:** Tuesday, September 28, 2021 1:05 PM
**To:** Manville, Daniel <manvilld@law.msu.edu>
**Cc:** Kelli Farrar <kfarrar@chapmanlawgroup.com>
**Subject:** Concurrence MSJ - Minley

Good afternoon,

I am writing to request concurrence to our Motion for Summary Judgment on behalf of Corizon Health, Inc., Dr. Schmidt, and Dr. Papendick.

Thanks,

Wedad

**WEDAD SULEIMAN, LL.M.** | Attorney

1441 West Long Lake Rd., Ste. 310, Troy, MI 48098
Phone: (248) 644-6326
Email: wsuleiman@chapmanlawgroup.com
Web: www.chapmanlawgroup.com
Sign up for our FREE ULTIMATE HEALTHCARE COMPLIANCE GUIDE!



This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify us at (248) 644-6326.