UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KEVIN MINLEY,

    Plaintiff,

v.

CAROLYN PIERCE, et al.,

    Defendants.

_____/

Case No. 2:19-cv-153

HON. JANE M. BECKERING

**ORDER**

    This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. The three remaining Defendants, Corizon Health, Inc., Dr. Keith Papendick, and Dr. Patricia Schmidt, filed a Motion for Summary Judgment (ECF No. 105). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 26, 2022 (ECF No. 132), recommending that this Court grant Defendants' motion for summary judgment and dismiss the case. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

    **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 132) is APPROVED and ADOPTED as the Opinion of the Court.

    **IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 105) is GRANTED.

    **IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any

objections to the Report and Recommendation. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

    A Judgment will be entered consistent with this Order.


Dated: August 24, 2022                                         /s/ Jane M. Beckering  
                                                                              JANE M. BECKERING  
                                                                              United States District Judge